1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada

3   CAROLYN B. CHEN, CSBN 256628
    Special Assistant United States Attorney
4   160 Spear Street, Suite 800
    San Francisco, California 94105
5   Telephone:  (415) 977-8956
    Facsimile:  (415) 744-0134
6   E-Mail: Carolyn.Chen@ssa.gov
7
    Attorneys for Defendant
8

9

10                      **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12  MATTHEW K. BECK,                          )
                                              )  Case No. 2:15-cv-00039-APG-VCF
13          Plaintiff,                        )
                                              )
14          v.                                )   **UNOPPOSED MOTION FOR**
                                              )   **EXTENSION OF TIME**
15  CAROLYN W. COLVIN,                        )      (*FIRST REQUEST*)
    Acting Commissioner of Social Security,   )
16                                            )
            Defendant.                        )
17  _____   )

18

19          Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")

20  respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint,

21  due on March 13, 2015, by 30 days, through and including April 13, 2015 (April 12, 2015 lands on a

22  Sunday).

23          An extension of time is needed in order to prepare Defendant's Answer because the

24  Commissioner is still in the process of assembling and finalizing the administrative record.  This request

25  is made in good faith with no intention to unduly delay the proceedings.

26

                                        -1-

-2-

1    Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion,

2   on March 5, 2015.

3    Respectfully submitted this 5th day of March 2015.

4                                                           DANIEL G. BOGDEN
                                                            United States Attorney
5
                                                            */s/ Carolyn B. Chen*
6                                                           CAROLYN B. CHEN
                                                            Special Assistant United States Attorney
7

8
    OF COUNSEL:
9
    DONNA L. CALVERT
10  Regional Chief Counsel, Region IX

11                                                          Dated this 6th of March, 2015

12

13                                                          IT IS SO ORDERED:

14

15                                                          CAM FERENBACH

16                                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

-3-

1

## CERTIFICATE OF SERVICE

2   I, **CAROLYN B. CHEN,** certify that the following individual was served with a copy of the
**UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service
3   identified below:

4   **CM/ECF:**
**Marc Kalagian, Law Offices of Rohlfing & Kalagian, LLP**
5   **(Attorney for Plaintiff)**

6

7   Dated this 5th day of March 2015.

8                                              */s/ Carolyn B. Chen*
                                               **CAROLYN B. CHEN**
9                                              Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26