Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
MATTHEW K. BECK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW K. BECK,<br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>        Defendant[1] | Case No.: 2:15-cv-00039-APG-VCF<br><br>UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |

Plaintiff Matthew K. Beck ("Plaintiff") and defendant Carolyn Colvin, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to July 6, 2015;

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

and that Defendant shall have until August 5, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due August 25, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

Counsel for defendant has indicated, via e-mail, that this motion to extend the time to file is not opposed.

DATE: January 27, 2015            Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff MATTHEW K. BECK

No further extension will be granted.

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 18, 2015